**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ELIZABETH RUGGIERO,**<br>**Plaintiff** | ) | |
| **v.** | ) | **C.A. NO: 06-0293/ML** |
| **THE RHODE ISLAND BOARD OF GOVERNORS FOR HIGHER EDUCATION, RHODE ISLAND COLLEGE, THE STANDARD BENEFIT ADMINISTRATORS, TEACHERS' INSURANCE AND ANNUITY ASSOCIATION,**<br>**Defendants** | ) | |

**<u>NOTICE OF FILING OF STATE COURT RECORD</u>**

Pursuant to L.R.Civ. 81(b), defendants The Rhode Island Board of Governors for Higher Education, Rhode Island College, The Standard Benefits Administrators, and Teachers Insurance and Annuity Association file herewith a copy of their Notice of Removal, state court docket sheet and certified copies of state court filings.

Brooks R. Magratten, Esq., #3583
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: July 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July 2006 I had mailed by U.S. Mail, first class, postage prepaid, a true copy of the within Notice of Filing of State Court Record to:

Joseph A. Keough, Esq.
KEOUGH & SWEENEY
100 Armistice Blvd.
Pawtucket, RI 02860

Melanie Lovett

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-2669 ELIZABETH A RUGGIERO V R I BOARD OF GOVERNORS

Filing Date: 05-16-2006 Case Type: CONTRACT DAMAGES
Case Status: CLOSED DURING DISCOVERY Status Date: 06-23-2006

Plaintiff: ELIZABETH RUGGIERO Attorney: JOSEPH KEOUGH
ID: @10840209

Defendant: BOARD OF GOVERNORS
ID: BOG
Defendant: RHODE ISLAND COLLEGE
ID: @10840210
Defendant: STANDARD BENEFIT ADMINISTEATORS TE/
ID: @10840211

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-16-2006 | COMPLAINT FILED | |
| 05-16-2006 | INITIAL FILING FEE | |
| 05-16-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP226540. |
| 06-09-2006 | WAIV OF SRVIC OF SUMMONS FILED | AS TO R I COLLEGE |
| 06-09-2006 | WAIV OF SRVIC OF SUMMONS FILED | AS TO R I BOARD OF GOVERNORS FOR HIGHER ED |
| 06-12-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: RUGGIERO, ELIZABETH A |
| 06-12-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: STANDARD BENEFIT ADMINISTEATORS TEACHERS INSUR AND ANNUITY |
| 06-12-2006 | AFFIDAVIT OF COMPLIANCE | Affiliated: KEOUGH, JOSEPH A. |
| 06-23-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT CASE #06-293ML |
| 06-23-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island