# EXHIBIT 1

## PART 6: REQUESTING INFORMATION AND APPLYING FOR BENEFITS

**Requesting Information**

The plan administrator will answer any written question or request that you have about enrollment, participation or other administrative matters.

**THE PLAN ADMINISTRATOR:**

Rhode Island College
600 Mt. Pleasant Avenue
Providence, Rhode Island, 02908-1991
(401) 456-8216

**PLAN EFFECTIVE DATE:** February 1, 1971

**PLAN ANNIVERSARY:** February 1

**Applying for Benefits**

When you anticipate that your Total Disability will extend beyond the end of the Elimination Period shown in PART 1, you should request an application for benefits. The plan administrator can supply the application and help you complete it. You should also apply for Social Security disability benefits and any Workers' Compensation benefits at the same time.

When an application for benefits is received, TIAA will process it promptly.

**(A) Time Limits**

Time limits for sending the application for benefits can be found in this certificate in "PART 7: GENERAL PROVISIONS."

**(B) Denied Application for Benefits**

If TIAA denies an application for benefits, you will receive a written denial within a reasonable period of time (not more than 90 days). TIAA will specify the reason(s) for the denial, the provisions of the contract on which the denial is based, and how to ask for a review.

When appropriate, TIAA's letter will also describe any material which might complete or perfect the application and will explain why the material is needed.

**(C) Asking for a Review**

You may ask for a review of a denied application for benefits by writing directly to TIAA within 60 days of receiving the denial. You or your duly authorized representative may examine documents pertaining to your application. You are encouraged to submit issues and comments to TIAA. You will receive a decision of the review within a reasonable period of time (not more than 60 days).