CERTIFICATE OF SERVICE

To:

Joseph A. Keough, Esq.
Keough & Sweeney
100 Armistice Boulevard
Pawtucket, RI 02860

I hereby certify that I served on the above-named counsel of record a copy of the within Objection and Memorandum by mailing first class mail, postage prepaid, on the 3rd day of August, 2006.

Lisa A. Lariviere