UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH RUGGIERO

v.                                            C.A. 06-293ML

RHODE ISLAND BOARD OF
GOVERNORS FOR HIGHER EDUCATION

## ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond dated October 5, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The defendant's Motion to Dismiss is DENIED and the Plaintiff's Motion to Remand is GRANTED.

BY ORDER:

_____
Mary M. Lisi
U.S. District Judge
October 25, 2006

Entered as an Order of this Court on October 25, 2006

_____
Deputy Clerk